NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRECISION FABRICS GROUP, INC.,**
*Plaintiff-Appellant*

**v.**

**TIETEX INTERNATIONAL LTD.,**
*Defendant-Appellee*

---

2019-1751, 2019-1754

---

Appeals from the United States District Court for the District of South Carolina in Nos. 7:17-cv-03037-TDS, 7:17-cv-03038-TDS, Judge Thomas D. Schroeder.

---

## JUDGMENT

---

LYNNE A. BORCHERS, Sage Patent Group, PLLC, Raleigh, NC, argued for plaintiff-appellant. Also represented by PETER DANIEL SIDDOWAY; RICHARD A. COUGHLIN, Fox Rothschild LLP, Greensboro, NC.

NEIL C. JONES, Nelson Mullins Riley & Scarborough, LLP, Greenville, SC, argued for defendant-appellee. Also represented by WILLIAM S. BROWN, SAMUEL W. OUTTEN; ASHLEY BOLAND SUMMER, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 14, 2020 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |